# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 4/21/2015

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/21/2015 9:14:57 AM

CHRISTOPHER A. PRINE
Clerk

**TO:**     **1ST COURT OF APPEALS**

**From:**   **Deputy Clerk: MICHELLE LOPEZ**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

CAUSE:   **2013-60986**

VOLUME ____ PAGE ____ OR IMAGE # **64014303**

DUE **5/22/2015**          ATTORNEY **04855900**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE  1ST**

**DATE JUDGMENT SIGNED:**   **1/22/2015**

**MOTION FOR NEW TRIAL DATE FILED   2/18/2015**

**REQUEST TRANSCRIPT DATE FILED     N/A**

**NOTICE OF APPEAL DATE FILED       4/18/2015**

**NUMBER OF DAYS: ( CLERKS RECORD )  120**

**FILE ORDERED:   YES ☐   NO ☒   IMAGED FILED:   YES ☒   NO ☐**

**CODES FOR NOTICE OF APPEAL:  BC, C, OA**

CHRIS DANIEL
Harris County, District Clerk

By:  _/s/MICHELLE LOPEZ_
    **MICHELLE LOPEZ, Deputy**

**BC**     **NOTICE OF APPEAL FILED**
**BG**     **NOTICE OF APPEAL FILED – GOVERNMENT**
**C**      **JUDGMENT BEING APPEALED**
**D -**    **ACCELERATED APPEAL**
**OA**     **NO CLERK'S RECORD REQUEST FILED**
**O**      **CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL**)
**NA**     **AMENDED NOTICE OF APPEAL**

Cause Nr.: 2013-60986

| | | |
|---|---|---|
| UNITED RENTALS (NORTH AMERICA), INC. Plaintiff | S S S S | IN THE DISTRICT COURT |
| v. | S S | |
| VR WOOD, INC., HUONG KIM NGUYEN, also known as HUONG K. NGUYEN, also known as HUONG NGUYEN, INDIVIDUALLY, and ROOD HOLDINGS, L.L.C., Defendants | S S S S S S | HARRIS COUNTY, TEXAS |
| v. | S S | |
| VNF INC. d/b/a VR WOOD INC., SON KIM NGUYEN, and B & SONS CONSTRUCTION, LLC, Third Party Defendants | S S S S | 164TH JUDICIAL DISTRICT |

## THE NOTICE OF APPEAL OF THIRD PARTY DEFENDANT
## B & SONS CONSTRUCTION, LLC

TO THE HONORABLE STATE DISTRICT JUDGE:

Third Party Defendant B & Sons Construction, LLC hereby appeals to the First or the

Fourteenth Court of Appeals of the State of Texas the Final Judgment signed by the district judge

on January 22, 2015.

Respectfully submitted,

BY: //ss// *peter costea*

_____

TBN 04855900
Three Riverway, Suite 1800
Houston, Texas 77056
Tel. 713-337-4304
Fax 713-659-5302
ATTORNEY FOR THIRD PARTY DEFENDANT
B & SONS CONSTRUCTION, LLC

## CERTIFICATE OF SERVICE

I certify that on April 18, 2015 a true and correct copy of the foregoing pleading was served electronically by the clerk of the court on counsel for all parties, Ms. Ashley A. Smith, 5151 Belt Line Road, Suite 410, Dallas, Texas 75254; Ms. Misti L. Beanland, Matthews, Stein, Shiels, Pearce, Knott, Eden & Davis, L.L.P., 8131 LBJ Freeway, Suite 700, Dallas, Texas 75251; and Ms. Christina R. Johnson, Fidelity National Law Group, 5151 Beltline Road, Suite 410, Dallas, Texas 75254.

//ss// *peter costea*

_____
Peter Costea

## CAUSE NO. 2013-60986

| | | |
|---|---|---|
| UNITED RENTALS (NORTH AMERICA), INC., | § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § § | |
| vs. | § § | |
| VR WOOD, INC., HUONG KIM NGUYEN, also known as HUONG K. NGUYEN, also known as HUONG NGUYEN, INDIVIDUALLY, and ROOD HOLDINGS, L.L.C. | § § § § § § § | 164TH JUDICIAL DISTRICT |
| Defendants, | § § § | |
| vs. | § § | |
| VNF INC. d/b/a VR WOOD INC., SON KIM NGUYEN, and B & SONS CONSTRUCTION, LLC, | § § § § | |
| Third Party Defendants. | § | HARRIS COUNTY, TEXAS |

## ORDER GRANTING ROOD HOLDINGS, L.L.C'S MOTION TO DISMISS THIRD-PARTY DEFENDANTS VNF INC. d/b/a VR WOOD INC. AND SON KIM NGUYEN WITHOUT PREJUDICE

On this Day, _____, 2015, came to be considered, Defendant/ Third-Party Plaintiff Rood Holdings, L L C 's Motion to Dismiss Third Party Defendants VNF Inc d/b/a VR Wood Inc and Son Kim Nguyen Without Prejudice, in the above-numbered and entitled Cause  The Court, having been advised that Defendant/ Third-Party Plaintiff Rood Holdings, L L C no longer desires to prosecute its claims brought against Third-Party Defendants VNF Inc d/b/a VR Wood Inc and Son Kim Nguyen, hereby GRANTS the Motion to Dismiss Without Prejudice

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

*Order GRANTING Rood Holdings' Motion to Dismiss without Prejudice*

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Defendant/ Third-Party Plaintiff Rood Holdings, L L C claims brought against the Third-Party Defendants VNF Inc d/b/a VR Wood Inc and Son Kim Nguyen in the above-numbered and entitled Cause Number are hereby Dismissed, without prejudice

**IT IS FURTHER ORDERED** that the Partial Dismissal with Prejudice between Plaintiff and Defendant Rood Holdings that was entered on August 8, 2014, the Interlocutory Default Judgment against VR Wood, Inc and Huong Kim Nguyen entered on May 29, 2014 and the Interlocutory Default Judgment against B & Sons Construction entered on December 10, 2014 are now Final and Appealable Orders

All costs of court not previously addressed in the prior Orders are taxed against the parties who incurred the same

Signed this __22__ day of __January__, 2015.

PRESIDING JUDGE

## CAUSE NO. 2013-60986

| | | |
|---|---|---|
| UNITED RENTALS (NORTH AMERICA), INC., | § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| vs. | § § | |
| VR WOOD, INC., HUONG KIM NGUYEN, also known as HUONG K. NGUYEN, also known as HUONG NGUYEN, INDIVIDUALLY, and ROOD HOLDINGS, L.L.C. | § § § § § § § § | 164TH JUDICIAL DISTRICT |
| Defendants, | § § | |
| vs. | § § | |
| VNF INC. d/b/a VR WOOD INC., SON KIM NGUYEN, and B & SONS CONSTRUCTION, LLC, | § § § § | |
| Third Party Defendants. | § | HARRIS COUNTY, TEXAS |

## ROOD HOLDINGS, L.L.C.'S RESPONSE TO B & SONS CONSTRUCTION, LLC'S

## MOTION FOR NEW TRIAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff ROOD HOLDINGS, L.L.C. ("Rood Holdings"), one of the

defendants and Third-Party Plaintiff in the above-styled and numbered caused, and files this, its

Response to Third-Party Defendant B & Sons Construction, LLC's ("B & Sons") Motion for

New Trial and would show unto the Court the following:

### I.
### BACKGROUND

1.    This action originally started when United Rentals (North America), Inc.

("United") filed suit against multiple parties including Rood Holdings on October 10, 2013 for

an alleged unpaid lien for materials and work done at the property in question ("Property).

2.     Rood Holdings filed its Original Third-Party Petition and Request for Disclosure (the "Petition") on **April 28, 2014** naming B & Sons as a third-party defendant.  *See* the Petition on file with the Court and incorporated herein by reference.   In this pleading, Rood Holdings asserts a claim for Quite Title and a declaratory action seeking a declaration by the Court that Rood Holdings is the legal or equitable owner of the Property. In the alternative, Rood Holdings sought a declaration from the court that Rood Holdings has an equitable lien in the amount of $326,421.92, with an interest rate of 6.62505 from the date of advancement (January 15, 2013), which represents payoffs by Rood Holdings of a valid existing prior lien held by Duy Vu plus the amount of property taxes paid by Rood Holdings.

3.     On **September 10, 2014** Rood Holdings filed its First Amended Third-Party Petition and Request for Disclosure ("First Amended 3rd Party Petition"). This pleading did not add claims or increased the damages sought against B & Sons.  The only things amended were with respect to service on the parties including exhibits regarding service and renaming the exhibits.

4.     On that same day, Rood Holdings filed a Motion for Substituted Service on **September 10, 2014** as it had been unable to serve B & Sons's registered agent in person. See Affidavit of Joseph Rodriguez attached hereto and incorporated herein by reference as **Exhibit A**. The court granted on **September 24, 2014** allowing Rood Holdings to serve B & Sons in a variety of ways, which it left up to Rood Holdings.  Said order granting substituted service on B & Sons is attached hereto and incorporated herein by reference as **Exhibit B**.

5.     On **October 13, 2014**, Rood Holdings properly served B & Sons with citation and a copy of the 3rd Party Petition by personally delivering same to Larry Pham, B & Sons

registered agent, by posting a copy of the citation with Rood Holdings Original Third-Party Petition and Requests for Disclosures, Exhibits 1 through 8, Order Granting Third-Party Plaintiff Rood Holdings, LLC's Motion for Substitute Service on Third-Party Defendant B & Sons Construction, LLC to the front door at 600 Shane Street, Houston, Harris County, Texas 77037. *See* Citation and Return of Service attached hereto and incorporated herein by reference as **Exhibit C**. While the process server was told that Larry Pham, the registered agent for B & Sons lived at 522 Shane Street, there was no verification of this information. Alternative service was had at the address provided by B & Sons to the Texas Secretary of State. *See* information provided to the Texas Secretary of State regarding service attached hereto and incorporated by reference as **Exhibit D**. If B & Sons wanted their registered agent to be served at any other location, it should have updated its information with the Texas Secretary of State.

6. Pursuant to TEX. R. CIV. P. 99(b), B & Sons' deadline to answer was **November 3, 2014**. On November 17, 2014, Rood Holdings filed a Motion for Default Judgment against B & Sons, which was granted on December 10, 2014. See Order Granting attached hereto and incorporated herein by reference as **Exhibit E**. B & Sons filed its answer on February 10, 2015, 62 days after the court granted Rood Holdings' Motion for Default.

## II.
## ARGUMENT & AUTHORITIES

7. The Court should deny the motion for new trial because defendant was properly served with valid citation. B & Sons has listed with the Texas Secretary of State that its registered agent, Larry Pham can be served with process at 600 Shane Street, Houston, Texas 77037. *See* **Exhibit D**. When the defendant is a corporation, the citation should be directed to the corporation and name as agent for service the president, any vice-president, or the registered agent. *Dan Edge Motors, Inc. v. Scott*, 657 S.W.2d 822, 823 (Tex.App.-Texarkana 1983, no

writ). If B & Sons wanted its registered agent to be served with process at a different address, it should have updated this information with the Texas Secretary of State but chose not to. As stated above, on **October 13, 2014**, Rood Holdings properly served B & Sons with citation and a copy of the 3rd Party Petition by personally delivering same to Larry Pham, B & Sons registered agent, by posting a copy of the citation with Rood Holdings Original Third-Party Petition and Requests for Disclosures, Exhibits 1 through 8, Order Granting Third-Party Plaintiff Rood Holdings, LLC's Motion for Substitute Service on Third-Party Defendant B & Sons Construction, LLC to the front door at 600 Shane Street, Houston, Harris County, Texas 77037. *See* **Exhibit C**. The process server completed a return of service pursuant to TRCP 107(a). *See* **Exhibit C**. Service is valid is the Plaintiff strictly complies with the rules relating to proper service. *Primate Constr., Inc. v. Silver*, 884 S.W.2d 151, 152 (Tex. 1994). Strict compliance is determined by whether the exact procedural requirement have been met, not whether the intended party received notice of the lawsuit. *Union Pac. Corp. v. Legg*, 49 S.W.3d 72, 78 (Tex.App. – Austin 2001, no pet.). ; *see In re Z.J.W.*, 185 S.W.3d 905, 908 (Tex.App.-Tyler 2006, no pet.). However, strict compliance does not require "obeisance to the minutest detail." *Williams v Williams*, 150 S.W.3d 436, 443-44 (Tex.App. – Austin 2004, pet. denied). The return of service shows that B & Sons was served properly and in strict compliance with the rules.

## III.

## CONCLUSION

8.     As demonstrated above, Rood Holdings filed and properly served its Original Third Party Petition and citation upon B & Sons. Accordingly, Rood Holdings is entitled to a default judgment and B & Sons' Motion for New Trial should be denied.

## IV.
## PRAYER

9.     For these reasons, Rood Holdings ask the Court to deny Third-Party Defendant B & Sons Construction, LLC's Motion for New Trial.

Respectfully submitted,


/s/ Christina R. Johnson
**CHRISTINA R. JOHNSON**
State Bar No. 24050638
**GREGORY T. BREWER**
State Bar No. 00792370
FIDELITY NATIONAL LAW GROUP
5151 Beltline Road, Suite 410
Dallas, TX 75254
Telephone: (972) 812-9400
Facsimile: (972) 812-9408
Christina.johnson@fnf.com

**ATTORNEY FOR THIRD PARTY PLAINTIFF ROOD HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent to the following counsel in accordance with the TEXAS RULES OF CIVIL PROCEDURE on the 18th day of February, 2015.

*Via TexFile E-Service*
*Via Facsimile: 972.234.1750*
Misti L. Beanland
Tracey L. Cloutier
*Matthews, Stein, Shiels,*
*Pearce, Knott, Eden & Davis, L.L.P.*
Crosspoint Atrium
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
*Attorneys for United Rentals*
*(North America), Inc.*


*Via TexFile E-Service*
*Via Facsimile: 713-659-5302*
Peter Costea
Three Riverway, Suite 1800
Houston, Texas 77056
*Attorney for B & Sons Construction, LLC*

/s/ *Christina R. Johnson*
**CHRISTINA R. JOHNSON**

```
JUC8H (NR4#)     JUSTICE INFORMATION MANAGEMENT SYSTEM     APR 21, 2015(C1)
INT6510                    CIVIL CASE INTAKE              OPT: _____  -  INT
                        GENERAL PARTY INQUIRY            PAGE:   1  -    3

CASE NUM: 201360986__ PJN> __  TRANS NUM: _____ CURRENT COURT: 164 PUB? _
CASE TYPE: BREACH OF CONTRACT             CASE STATUS: DISPOSED (FINAL)
STYLE: UNITED RENTALS (NORTH AMERICA) IN VS VR WOOD INC
=============================================================================
                        **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR       PERSON NAME                PTY   ASSOC. ATTY
  NUM   NUMBER                                            STAT
_     00017-0001 AGT          NGUYEN, SON KIM (ALSO KNOWN AS
_     00016-0001 AGT          VNF INC D/B/A VR WOOD INC BY S
_     00015-0001 AGT          VNF INC D/B/A VR WOOD INC BY S
_     00014-0001 AGT          B & SONS CONTRUCTION LLC BY SE
_     00013-0001 3PD 04855900 B & SONS CONSTRUCTION        D   COSTEA, PETER
_     00012-0001 3PD          NGUYEN, SON KIM
_     00011-0001 3PD          VNF INC D/B/A VR WOOD INC
_     00006-0003 3PP 24050638 ROOD HOLDINGS L L C              JOHNSON, CHRI

==> (22) CONNECTION(S) FOUND
1=ACTIVE     2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.  7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

CASE NUM: 201360986__  PJN> __   TRANS NUM: _____  CURRENT COURT: 164 PUB? _
CASE TYPE: BREACH OF CONTRACT          CASE STATUS: DISPOSED (FINAL)
STYLE: UNITED RENTALS (NORTH AMERICA) IN VS VR WOOD INC
=========================================================================
                    **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME              PTY    ASSOC. ATTY
  NUM    NUMBER                                           STAT
_    00006-0003 P3P 24049385 SMITH, ASHLEY ANNE
_    00010-0001 XDF           UNITED RENTAL NORTH AMERICA IN  D
_    00006-0002 XPL 24050638 ROOD HOLDINGS L L C              D  JOHNSON, CHRI
_    00006-0002 PXP 24049385 SMITH, ASHLEY ANNE
_    00009-0001 AGT           NGUYEN, HUONG KIM (ALSO KNOWN
_    00008-0001 AGT           VR WOOD INC (A DOMESTIC CORPOR
_    00007-0001 AGT           ROOD HOLDINGS L L C (A TEXAS L  D
_    00006-0001 DEF 24050638 ROOD HOLDINGS L L C              D JOHNSON, CHRI

==> (22) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201360986__ PJN> __  TRANS NUM: _____ CURRENT COURT: 164 PUB? _
CASE TYPE: BREACH OF CONTRACT          CASE STATUS: DISPOSED (FINAL)
STYLE: UNITED RENTALS (NORTH AMERICA) IN VS VR WOOD INC
==========================================================================
                    **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME           PTY    ASSOC. ATTY
  NUM   NUMBER                                        STAT
_    00006-0001 PAD 24049385 SMITH, ASHLEY ANNE
_    00005-0001 AGT          NGUYEN, HUONG KIM(ALSO KNOWN A  D
_    00004-0001 DEF          NGUYEN, HUONG KIM              D
_    00003-0001 AGT          VR WOOD INC BY SERVING ITS REG  D
_    00002-0001 DEF          VR WOOD INC                   D
_    00001-0001 PLT 24031954 UNITED RENTALS (NORTH AMERICA)  D  CLOUTIER, TRA


==> (22) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP